United States District Court
Southern District of Texas
**ENTERED**
February 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBORAH THOMAS, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-00173 |
| | § | |
| TRUSTMARK CORPORATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 8, 2021, competing motions for summary judgment (Dkts. 32, 38) were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 59. On January 19, 2021, Judge Edison filed a Memorandum and Recommendation (Dkt. 63) recommending that Plaintiff's Motion for Summary Judgment on the Issue of Discretionary Authority (Dkt. 32) be **GRANTED**, and that Defendant Nationwide Life Insurance Company's Motion for Summary Judgment on Standard of Review (Dkt. 38) be **DENIED**.

On February 1, 2021, Defendant Nationwide Life Insurance Company filed its Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in

part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 63) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Motion for Summary Judgment on the Issue of Discretionary Authority (Dkt. 32) is **GRANTED**; and

(3) Defendant Nationwide Insurance Company's Motion for Summary Judgment on Standard of Review (Dkt. 38) is **DENIED**.

It is so **ORDERED**.

SIGNED and ENTERED this __8th__ day of ____February____ 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE